■ In the Matter of ROBERT W. TUMMINIA, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs of New York State Department of Correctional Services, Respondent. [756 NYS2d 805] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Cayuga County (Corning, J.), entered September 19, 2002, seeking to annul a determination after a Tier III hearing.

It is hereby ordered that the determination be and the same hereby is unanimously annulled on the law without costs, the petition is granted in part and the matter is remitted to respondent for a new hearing.

Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul the determination directing that he be placed in administrative segregation (*see* 7 NYCRR 301.4 [b]). Respondent concedes that petitioner was denied his right to call witnesses at the Tier III hearing pursuant to 7 NYCRR 254.5 (a) based on the Hearing Officer's failure to ascertain why several inmates had refused to testify (*see Matter of Dawes v Selsky*, 286 AD2d 806, 808 [2001]; *Matter of Johnson v Goord*, 247 AD2d 801, 802 [1998]). We therefore annul the determination, grant the petition in part and remit the matter to respondent for a new hearing (*see Matter of Rondon v Selsky*, 274 AD2d 713, 714 [2000]; *Matter of Blake v Coughlin*, 189 AD2d 1016, 1017-1018 [1993]). In view of our determination, we do not address petitioner's remaining contentions. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE HOUGH, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [756 NYS2d 805] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Dillon, J.), entered November 30, 2001, which denied the petition for a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Thomas v Murray*, 98 NY2d 719 [2002]; *People ex rel. Rivera v Murray*, 285 AD2d 985 [2001]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.